IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE ex rel., KAREN J. HOBBS, <br><br> Plaintiffs, <br><br> v. <br><br> MEDQUEST ASSOCIATES, INC., BIOIMAGING AT CHARLOTTE, INC., BIOIMAGING OF COOLSPRINGS, INC., and BIOIMAGING AT HARDING, INC., now known as BIOIMAGING AT EDMONDSON, <br><br> Defendants. | 3:06-01169 <br> JUDGE HAYNES |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion to reconsider (Docket Entry No. 227) is **DENIED**, but the award of damages is **MODIFIED**. For the Defendants' first False Claims Act violation, the United States is **AWARDED** damages of $250,030.31 that pursuant to 31 U.S.C. 3279(a) must be trebled to $750,090.93. For the Defendants' first violation of the False Claims Act and pursuant to 31 U.S.C. 3279(a), the United States is **AWARDED** $3,773,000.00 in civil penalties. For the Defendants' second FCA violation, the United States is **AWARDED** $463,357.26 that as a matter of law must be trebled

to $1,390,071.78. For the Defendants' second FCA violation and pursuant to 31 U.S.C. 3279(a), the United States is **AWARDED** is $5,197,500.00 in civil penalties.

The United States is **AWARDED** a total of $11,110,662.71 in damages and civil penalties for the Defendant's FCA violations.

This is the Final Order in this action

It is so **ORDERED**.

**ENTERED** this the 21st day of October, 2011.

William J. Haynes, Jr.
United States District Judge