## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA and the )
STATE OF TENNESSEE ex rel., )
KAREN J. HOBBS, )
                             )
                             )                 3:06-01169
                             )                 JUDGE HAYNES
       Plaintiffs, )
                             )
v. )
                             )
MEDQUEST ASSOCIATES, INC., )
BIOIMAGING AT CHARLOTTE, INC., )
BIOIMAGING OF COOLSPRINGS, INC., )
and BIOIMAGING AT HARDING, INC., )
now known as BIOIMAGING AT )
EDMONDSON, )
                             )
       Defendants. )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion to

reconsider (Docket Entry No. 227) is **DENIED**, but the award of damages is **MODIFIED**.

For the Defendants' first False Claims Act violation, the United States is **AWARDED** damages

of $250,030.31 that pursuant to 31 U.S.C. 3279(a) must be trebled to $750,090.93. For the

Defendants' first violation of the False Claims Act and pursuant to 31 U.S.C. 3279(a), the United

States is **AWARDED** $3,773,000.00 in civil penalties. For the Defendants' second FCA

violation, the United States is **AWARDED** $463,357.26 that as a matter of law must be trebled

to $1,390,071.78. For the Defendants' second FCA violation and pursuant to 31 U.S.C. 3279(a), the United States is **AWARDED** is $5,197,500.00 in civil penalties.

The United States is **AWARDED** a total of $11,110,662.71 in damages and civil penalties for the Defendant's FCA violations.

This is the Final Order in this action

It is so **ORDERED**.

**ENTERED** this the _21st_ day of October, 2011.


William J. Haynes, Jr.
United States District Judge