UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* KAREN J. HOBBS, ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> MEDQUEST ASSOCIATES, INC.; ) <br> BIOIMAGING AT CHARLOTTE, INC.; ) <br> BIOIMAGING OF COOL SPRINGS, INC.; ) <br> and BIOIMAGING AT HARDING, INC. (now ) <br> known as BIOIMAGING AT EDMONDSON), ) <br> ) <br>     **Defendants.** ) | CIVIL ACTION NO. 3:06-1169 <br><br> JUDGE HAYNES |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730 et seq., the United States, Relator Karen J. Hobbs, and defendants MedQuest Associates, Inc., BioImaging at Charlotte, Inc., BioImaging of Cool Springs, Inc., and BioImaging at Harding, Inc. n/k/a BioImaging at Edmondson, hereby stipulate, through their undersigned counsel, to the entry of an order dismissing, with prejudice, all counts of Relator's Complaint and the United States' Complaint in Intervention. All parties to bear their own attorneys' fees and costs.

The parties respectfully request that the Court enter an order in the form of the proposed order filed herewith.

          MARK H. WILDASIN
          Acting Under Authority Conferred
          By 28 U.S.C. § 515

By:    <u>s/ Lisa S. Rivera</u>
       Lisa S. Rivera (BPR #024843)
       Assistant U.S. Attorney
       110 9th Avenue South, Suite A-961
       Nashville, Tennessee 37203-3870
       Telephone: (615) 736-5151
       Fax: (615) 401-6626
       Email: Lisa.Rivera@usdoj.gov

       *Counsel for the United States*


By:    <u>s/Ty Bridges</u>
       Marlan B. Wilbanks
       Ty Bridges
       WILBANKS & BRIDGES
       3414 Peachtree Rd. NE
       Suite 1075
       Atlanta, GA 30326
       (404) 842-1075

       *Counsel for Relator Karen J. Hobbs*


By:    <u>s/Britt King Latham</u>
       Britt King Latham
       BASS, BERRY & SIMS
       150 Third Avenue, S.
       Nashville, TN 37201
       (615) 742-6200

       *Counsel for MedQuest Associates, Inc., BioImaging at Charlotte, Inc., BioImaging of Cool Springs, Inc., and BioImaging at Harding, Inc., n/k/a BioImaging at Edmondson*