UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* KAREN J. HOBBS,<br><br>Plaintiffs,<br><br>v.<br><br>MEDQUEST ASSOCIATES, INC.;<br>BIOIMAGING AT CHARLOTTE, INC.;<br>BIOIMAGING OF COOL SPRINGS, INC.;<br>and BIOIMAGING AT HARDING, INC. (now<br>known as BIOIMAGING AT EDMONDSON),<br><br>Defendants. | CIVIL ACTION NO. 3:06-1169<br><br>JUDGE HAYNES |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730 et seq., the United States, Relator Karen J. Hobbs and defendants MedQuest Associates, Inc., BioImaging at Charlotte, Inc., BioImaging of Cool Springs, Inc., and BioImaging at Harding, Inc. n/k/a BioImaging at Edmondson, filed a Joint Stipulation of Dismissal.

IT IS HEREBY ORDERED THAT,

All Counts of Relator's Complaint and the Complaint in Intervention are dismissed as provided in the Joint Stipulation of Dismissal. All parties to bear their own attorneys' fees and costs.

Entered this 14th day of June, 2013.

WILLIAM J. HAYNES
United States District Judge